TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00271-CV

Linda Lancaster and Fred Lancaster, Appellants

v.

State Farm Mutual Automobile Insurance Company, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT

NO. 97-14053, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING 

PER CURIAM

 Appellants have filed a motion to dismiss this appeal. We grant the motion and
dismiss this appeal. See Tex. R. App. P. 42.1(a)(2).

Before Chief Justice Aboussie, Justices Kidd and Patterson

Dismissed on Appellants' Motion

Filed: June 30, 1999

Do Not Publish